KYLE SCHUMACHER (Bar No. 121887)
kschumacher@sagarialaw.com
**SAGARIA LAW, P.C.**
1050 SW 6th Ave. Suite 1100
Portland, OR. 97204
503-535-0620 ph: 408-279-2299 fax

Attorneys for Plaintiff
Gary Mauk

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON – PENDLETON DIVISION

| | |
|---|---|
| GARY MAUK**,** | Case No.: 3:18-CV-00780 |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS DOES 1 THROUGH 100 INCLUSIVE** |
| Citibank, N.A., and DOES 1 through 100 inclusive, | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

Gary Mauk, the Plaintiff herein, hereby dismisses the Plaintiff's Complaint For Damages: Violation of the Telephone Consumer Protection Act, with prejudice, pursuant to FRCP 41(a)(1)(A)(i), as there has been no response filed by DOES 1 through 100 Inclusive, and an agreement has been reached resolving the subject matter.

DATED: November 6, 2018                    **Sagaria Law, P.C.**

                                  By:    /s/ Kyle W. Schumacher
                                         Kyle W. Schumacher, Esq.
                                         Attorney for Plaintiff Gary Mauk