IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| GARY MAUK, | ) | |
| | ) | Civil No. 03:18-cv-00780-JR |
| Plaintiff(s), | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| | ) | |
| CITIBANK, N.A., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the Notices of Dismissal [9] & [10],

IT IS ORDERED that the Stay of this case is LIFTED, that this action is DISMISSED as to Defendant Citibank N.A. with prejudice and with each party to bear its own attorneys' fees and costs, and that this action is DISMISSED as to Defendants 'Does 1 through 100 inclusive' with prejudice. Pending motions, if any, are DENIED AS MOOT.

Dated this 6th day of November, 2018.

by _____
Jolie A. Russo
United States Magistrate Judge